IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARLENE M. CRUZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAUMANA DRIVE PARTNERS, LLC, dba LEGACY HILO REHABILITATION & NURSING CENTER; ANDRE HURST; BENJAMIN MEEKER,<br><br>　　　　Defendants. | CIV. NO. 19-00255 JMS-KJM |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, ECF No. 86

Findings and Recommendation having been filed and served on all parties on October 15, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendant Kaumana Drive Partners, LLC and Plaintiff Arlene M. Cruz's Joint Petition for Finding of Good Faith Settlement Pursuant to HRS § 663-15.5," ECF No. 86, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 3, 2021.



　/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge